MARTHA WOODWORTH v. THOMAS WOODWORTH

No. 8112DC1156

(Filed 6 July 1982)

**Appeal and Error § 2— notice of appeal given after 10 days—no jurisdiction in appellate court**

Where the record reveals that orders from which plaintiff attempts to appeal were entered over one month before notice of appeal was given, under G.S. § 1-279(c) the appellate court obtained no jurisdiction of the appeal since notice of appeal was not given within 10 days after the entry of judgment.

APPEAL by plaintiff from *Hair, Judge.* Orders entered 7 May 1981, 13 May 1981, 11 June 1981, and 16 July 1981 in District Court, CUMBERLAND County. Heard in the Court of Appeals on 10 June 1982.

*MacRae, MacRae, Perry & Pechmann, by John Pechmann, for the plaintiff appellant.*

*Blackwell, Thompson, Swaringen, Johnson & Thompson, by E. Lynn Johnson, for the defendant appellee.*

HEDRICK, Judge.

Plaintiff purports to appeal from orders entered in open court on 7 and 13 May 1981 denying plaintiff's Rule 12(b)(6) motion to dismiss defendant's motion in the cause, and allowing defendant's motion in the cause modifying a former order of the court with respect to the care, custody, and control of the minor children born of the marriage between the plaintiff and the defendant.

The record reveals, and the plaintiff repeatedly points out, that the orders from which she attempts to appeal were entered in open court on 7 and 13 May 1981, G.S. § 1A-1, Rule 58; yet, notice of appeal was not given until 17 June 1981. G.S. § 1-279(c) provides that notice of appeal must be given within ten days after the entry of judgment. Such notice is jurisdictional, and the appellate court obtains no jurisdiction unless this statute is complied with. *O'Neill v. Southern National Bank,* 40 N.C. App. 227, 252 S.E. 2d 231 (1979). The appeal is dismissed.

Dismissed.

Judges ARNOLD and WELLS concur.